UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TARVARIS FANE,

    Defendant.

Case: 2:22-cr-20063
Judge: Murphy, Stephen J.
MJ: Grand, David R.
Filed: 02-09-2022
INDI USA VS FANE (LP)

## INDICTMENT

THE GRAND JURY CHARGES:

## COUNT ONE

*18 U.S.C. § 922(g)(1) - Possessing a firearm as a convicted felon*

On or about November 24, 2021, in the Eastern District of Michigan, the defendant, TARVARIS FANE, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, namely: one Anderson Manufacturing AM-15 rifle; and one Glock 17, 9mm handgun, said firearm having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATIONS

*18 U.S.C. § 924(d) and 28 U.S.C. § 2461*

The above allegations contained in this Indictment are hereby incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), together with Title 28, United States Code, Section 2461(c).

Upon conviction of the offense alleged in this Indictment, the defendant, TARVARIS FANE, shall forfeit to the United States any firearm and ammunition involved in or used in the knowing commission of the offense, including, but not limited Anderson Manufacturing AM-15 rifle with an obliterated serial number; and one Glock 17, 9mm handgun with serial number BPGW285, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

DAWN N. ISON
United States Attorney


*s/ Benjamin Coats*
Benjamin Coats
Chief, General Crimes Unit


*s/ Myra F. Din*
Myra F. Din
Assistant U.S. Attorney

Dated:  February 9, 2022

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes   ☒ No | AUSA's Initials: *MD* |

**Case Title:** USA v. Tarvaris Fane

**County where offense occurred:** Wayne

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

✓ Indictment/____Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number:            ]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

February 9, 2022
Date

*/s/ Myra F. Din/*
Myra F. Din
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9653
Fax: 313-226-2372
E-Mail address: myra.din@usdoj.gov
Attorney Bar #: NY5561345

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.